**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Delfina Ramirez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:06-CV-01257 AWI SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due March 9, 2007, and is therefore requesting additional time in which to file her opening brief until April 9, 2007.

Dated: March _7_, 2007        /S/ ROBERT ISHIKAWA
                                                                     
                                                                     ROBERT ISHIKAWA
                                                                      Attorney for Plaintiff, DELFINA RAMIREZ

Dated: March _7_, 2007        /S/    MARK WIN
                                                                     
                                                                      MARK WIN
                                                                      Assistant Regional Counsel

IT IS SO ORDERED.

Dated:   3/7/2007

                                                        /s/ Sandra M. Snyder
                                                     THE HONORABLE SANDRA M. SNYDER
                                                     United States Magistrate Judge