1  **ROBERT ISHIKAWA - 90621**
   Bromberg & Ishikawa
2  5707 N. West Avenue
   Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Delfina Ramirez

5

6             IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  DELFINA RAMIREZ,              )      1:06-CV-01257 AWI SMS
                                  )
10            Plaintiff,          )
                                  )      STIPULATION AND ORDER TO
11       v.                       )      EXTEND TIME
                                  )
12 JO ANNE B. BARNHART,           )
   Commissioner of Social Security,)
13                                )
              Defendant.          )
14 _____)

15     Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due April 9,

16 2007, and is therefore requesting additional time in which to file her opening brief until May 9,

17 2007.

18

19 Dated: April _9_, 2007          /S/ ROBERT ISHIKAWA
                                   _____
20                                 ROBERT ISHIKAWA
                                   Attorney for Plaintiff, DELFINA RAMIREZ
21
   Dated: April _9_, 2007          /S/    MARK WIN
22                                 _____
                                   MARK WIN
23                                 Assistant Regional Counsel

24 IT IS SO ORDERED.

25

26 Dated: 4/13/2007

27                                  /s/ Sandra M. Snyder
                                   THE HONORABLE SANDRA M. SNYDER
28                                 United States Magistrate Judge

                                   1