**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Delfina Ramirez

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFINA RAMIREZ,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:06-CV-01257 AWI SMS<br><br>STIPULATION AND ORDER TO EXTEND TIME |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due May 9, 2007, and is therefore requesting additional time in which to file her opening brief until June 9, 2007.

Dated: May _9_, 2007     /S/ ROBERT ISHIKAWA
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, DELFINA RAMIREZ

Dated: May _9_, 2007     /S/     MARK WIN
_____
MARK WIN
Assistant Regional Counsel

IT IS SO ORDERED.

Dated:  5/11/2007

 /s/ Sandra M. Snyder
THE HONORABLE SANDRA M. SNYDER
United States Magistrate Judge

1