```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

     333 Market Street, Suite 1500
     San Francisco, California 94105
     Telephone:  (415) 977-8980
     Facsimile:  (415) 744-0134
     E-Mail: Mark.Win@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DELFINA RAMIREZ, ) | |
| ) | CIVIL NO. 1:06-CV-1257 SMS |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ | |

   The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from July 10 to August 9, 2007.

///

///

///

This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time due to the press of workload and a previously planned vacation.

                                          Respectfully submitted,

Dated: June 29, 2007        /s/ Robert Ishikawa
                                     (As authorized via telephone)
                                     ROBERT ISHIKAWA
                                     Attorney for Plaintiff

Dated: June 29, 2007        McGREGOR W. SCOTT
                                     United States Attorney
                                     LUCILLE GONZALES MEIS
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     /s/ Mark A. Win
                                     MARK A. WIN
                                     Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: 7/3/2007
                                     /s/ Sandra M. Snyder

                                     THE HONORABLE SANDRA M SNYDER
                                     United States Magistrate Judge