1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DELFINA RAMIREZ, | ) | CIV F 06-1257  AWI SMS |
| | ) | |
| Plaintiff, | ) | ORDER ON MAGISTRATE |
| | ) | JUDGE'S FINDINGS AND |
| v. | ) | RECOMMENDATIONS |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

17      Plaintiff is represented by counsel and seeks judicial review of a final decision of the

18   Commissioner of Social Security (Commissioner) denying an application for disability benefits.

19   The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule

20   72-302(c) (15).

21      On January 30, 2008, the Magistrate Judge filed findings and a recommendation that the

22   Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for

23   Defendant Michael J. Astrue and against Plaintiff Delfina Ramirez. The findings and

24   recommendations were served on all parties on January 30, 2008, and contained notice that any

25   objections to the findings and recommendations were to be filed within thirty (30) days of the

26   date of service of the order. No party filed any objections.

27      In accordance with the provisions of 28 U.S.C. § 636 (b) (1)(C) and *Britt v. Simi Valley*

28   *United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*

review. Having carefully reviewed the entire file, the Court finds that the findings and

1  recommendations are supported by the record and proper analysis.

2

3         Accordingly, IT IS HEREBY ORDERED that:

4  1.     The findings and recommendation filed January 30, 2008, are ADOPTED IN FULL;

5  2.     The Plaintiff's social security complaint IS DENIED; and

6  3.     The Clerk of Court IS DIRECTED to enter judgment for Defendant Michael J. Astrue

7         and against Plaintiff Delfina Ramirez.

8

9  IT IS SO ORDERED.

10  **Dated:   March 7, 2008**                              /s/ **Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28